IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell G. Graham and Kristen Graham, | No. CV-13-08073-PCT-NVW |
| Plaintiffs, | **ORDER** |
| v. | |
| Gurstel Chargo, PA, | |
| Defendant. | |

Plaintiffs and Defendant having stipulated to dismissal of this action with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

Dated this 17th day of July, 2013.

_____
Neil V. Wake
United States District Judge